```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. 1:11-cr-00075 LJO |
| Plaintiff, | **THE UNITED STATES' REQUEST FOR DISMISSAL; ORDER** |
| v. | Fed. R. Crim. Proc. 48(a) |
| RICHARD ALAN DEMASI, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against RICHARD ALAN DEMASI, without prejudice and in the interest of justice.


                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: August 19, 2011       By:   /s/ Brian W. Enos
                                    BRIAN W. ENOS
                                    Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against RICHARD ALAN DEMASI be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

**Dated: August 19, 2011**     /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

2